```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

                      Plaintiff,

-against-

BABOR COSMETICS AMERICA CORP.,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2022
```

21 Civ. 10110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 9, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by January 28, 2022. ECF No. 6. That submission is now overdue. By **February 14, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 1, 2022
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge