**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

TEL. (917) 373 9128
ShakedLawGroup@Gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2022
```

February 1, 2022

**Via ECF**
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 15D
New York, NY 10007

Re: **Linda Slade v. Babor Cosmetics America Corp.**
**Case No. 21-cv-10110-AT**
**Motion to Adjourn Deadline to File Joint Letter**

Dear Judge Torres:

The undersigned represents Linda Slade, the Plaintiff in the above-referenced case. In accordance with Rule 1.C of Your Honor's Individual Practices, I write to request an adjournment of the February 14, 2022 deadline to submit a Joint Letter and a Jointly Proposed Case Management Plan and Scheduling Order.

On December 7, 2021, we served Defendant with the Summons and Complaint at its principal place of business. We have yet to hear from them. As the deadline to respond expired, we attempted to advise them of the filing by other means — email to their offices and regular mail. No response has been received.

I am going out of the country on family matters from February 3 – 21. If I do not hear from Defendant by Friday, March 4, 2022, I intend on filing a Request for Certificate of Default. If I do hear from Defendant, then I respectfully request that the deadline to file the Joint Letter and Joint Proposed Scheduling Order be adjourned to March 18, 2022. No prior request has been made for this relief.

Respectfully submitted,

Dan Shaked, Esq.

GRANTED. By **March 18, 2022**, the parties shall file their joint letter and proposed case management plan. If Defendant has not appeared by March 4, 2022, the parties shall instead file for default in accordance with Attachment A of the Court's Individual Practices in Civil Cases by **March 18, 2022**.

SO ORDERED.

Dated: February 2, 2022
New York, New York

ANALISA TORRES
United States District Judge